# United States District Court
# Central District of California

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>  v.<br><br>SANJAY J. PATEL; CANOGA PARK INVESTMENT GROUP, INC.; DOES 1–10,<br><br>    Defendants. | Case No. 2:15-cv-03015-ODW-E<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the parties Notice of Settlement (ECF No. 17), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **September 23, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 23, 2015

                              _____
                              **OTIS D. WRIGHT, II**
                              **UNITED STATES DISTRICT JUDGE**