# United States District Court
# Central District of California

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SANJAY J. PATEL; CANOGA PARK INVESTMENT GROUP, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:15-cv- 3015-ODW (CEx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE OSC RE: SETTLEMENT [19]** |

After considering the Stipulation to Continue the OSC re: Settlement, and with good cause appearing, the Court **GRANTS** the stipulation. (ECF No. 19) The Court **ORDERS** that the Court's OSC re: Settlement is continued **October 14, 2015**. On or before that date, parties must **SHOW CAUSE**, in writing, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 18, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**