NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANJAY J. PATEL, in his individual and representative capacity as trustee of the Jagubhai D. Patel and Lalitaben J. Patel Family Trust; CANOGA PARK INVESTMENT GROUP, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case No**. 2:15-CV-03015-ODW-E<br><br>ORDER CONTINUING OSC RESPONSE DATE |

    Having read and considered the concurrently-filed stipulation by the parties (ECF No. 21), the Court hereby continues the date by which the parties must Show Cause re: Settlement to **November 12, 2015**. However, given how long the settlement has been pending, the Court will not grant further continuances without a specific showing of good cause as to why the settlement has not been finalized.

    IT IS SO ORDERED.

Dated: October 8, 2015  _____
_____

                                                      Hon. Otis D. Wright, II
                                             United States District Court Judge